**No. 09-10461. Carlos Willis, Petitioner v. United States.**

560 U.S. 947, 130 S. Ct. 3374, 176 L. Ed. 2d 1259, 2010 U.S. LEXIS 4479.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 356 Fed. Appx. 858.